No. A–361. BAYLOR v. HESS, JUDGE. Application for writ of mandamus, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE). Joint motion for additional time for oral argument granted and a total of two hours allotted for that purpose. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 73–820. UNITED STATES v. GUANA-SANCHEZ. C. A. 7th Cir. [Certiorari granted, 417 U. S. 967.] Motion of respondent to dismiss writ on account of mootness denied.

No. 73–848. FUSARI, COMMISSIONER OF LABOR v. STEINBERG ET AL. Appeal from D. C. Conn. [Probable jurisdiction noted, 415 U. S. 912.] Motion for appointment of counsel granted. It is ordered that John M. Creane, Esquire, of Milford, Conn., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for appellees in this case.

No. 73–1106. COUSINS ET AL. v. WIGODA ET AL. App. Ct. Ill., 1st Dist. [Certiorari granted, 415 U. S. 956.] Motion of petitioners for divided argument denied.

No. 73–1346. McLUCAS, SECRETARY OF THE AIR FORCE, ET AL. v. DECHAMPLAIN. Appeal from D. C. D. C. [Probable jurisdiction postponed, 418 U. S. 904.] Motion of appellee for leave to proceed in forma pauperis granted. Motion of appellees for additional time for oral argument denied.